# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 18, 2024
Lyle W. Cayce
Clerk

No. 23-30521
Summary Calendar

Melanie Jerusalem,

*Plaintiff—Appellant,*

versus

Department of State Louisiana; R. Kyle Ardoin, *Secretary of State*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-516

_____

Before King, Haynes, and Graves, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.